**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-09-bk-26746-SSC |
|---|---|
| ROBINSON, MICHAEL G., | ) Chapter 7 |
| Debtor. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 301 | 9/30/10 | Michael G. Robinson
5236 West Peoria Ave #133
Glendale, AZ 85302-1624 | $559.64 |

Dated this 13th day of January, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee